UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

MIGUEL VAAMONDES BARRIOS,
GLORIA BROWNING VAAMONDES BARRIOS,

        Petitioners,

v.

U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity,

        Respondents.

Civil Action No.
25-cv-1759

(Vitaliano, J.)

-----------------------------------------------------------------x

## **DECLARATION OF ASSISTANT UNITED STATES ATTORNEY PHILIP R. DePAUL**

PHILIP R. DePAUL hereby declares, as follows:

1. I am an Assistant United States Attorney, of counsel to John J. Durham, United States Attorney for the Eastern District of New York, attorney for the U.S. Department of Homeland Security ("DHS") and DHS Secretary Kristi Noem (collectively, "Respondents") in the above-referenced matter. I am assigned to the defense of the above-referenced matter.

2. I submit this declaration in further compliance with the Court's Order dated April 8, 2025, directing Respondents to "identify and attach as exhibits all immigration proceedings relating to [Petitioner Miguel Vaamondes Barrios ("Barrios")], including any removal proceedings and appeals to the Board of Immigration Appeals," *see* ECF Order dated Apr. 8, 2025, and to include transcriptions of audio recordings referenced in the Declaration of Jessica Ann Harrold, U.S. Department of Justice, Executive Office for Immigration Review ("EOIR"), dated April 23, 2025 ("Harrold Decl."). *See* Harrold Decl., ECF No. 8, ¶ 8. The transcriptions were prepared by aLanguageBank, a professional organization engaged in the rendering of foreign and domestic language transcription, which the United States Attorney's Office engaged for the purpose of

1

transcribing the EOIR audio recordings.[1] The transcriptions have been certified by aLanguageBank. *See* Exhibit I.

3. Attached hereto as Exhibit A is a true and correct copy of the transcription by aLanguageBank of the audio recording styled by EOIR as "Initial Master 5.29.24.wav."

4. Attached hereto as Exhibit B is a true and correct copy of the transcription by aLanguageBank of the audio recordings styled by EOIR as "Custody 5.29.24 (part 1).wav" and "Custody 5.29.24 (part 2).wav."

5. Attached hereto as Exhibit C is a true and correct copy of the transcription by aLanguageBank of the audio recordings styled by EOIR as "Master 7.3.24 (part 1).wav" and "Master 7.3.24 (part 2).wav."

6. Attached hereto as Exhibit D is a true and correct copy of the transcription by aLanguageBank of the audio recordings styled by EOIR as "Master 8.5.24 (part 1).wav" and "Master 8.5.24 (part 2).wav."

7. Attached hereto as Exhibit E is a true and correct copy of the transcription by aLanguageBank of the audio recordings styled by EOIR as "Master 8.21.24 (part 1).wav" and "Master 8.21.24 (part 2).wav."

8. Attached hereto as Exhibit F is a true and correct copy of the transcription by aLanguageBank of the audio recordings styled by EOIR as "Custody 10.23.24 (part 1).wav" and "Custody 10.23.24 (part 2).wav."

9. Attached hereto as Exhibit G is a true and correct copy of the transcription by aLanguageBank of the audio recordings styled by EOIR as "Custody 11.13.24 (part 1).wav" and "Custody 11.13.24 (part 2).wav."

---

[1] To the extent the Court would also like copies of the audio recordings themselves, Respondents can submit them to Chambers under separate cover upon request.

10. Attached hereto as Exhibit H is a true and correct copy of the transcription by aLanguageBank of the audio recordings styled by EOIR as "Master 12.2.2024 (part 1).wav," "Master 12.2.2024 (part 2).wav," and "Master 12.2.24 (part 3).wav."

11. Attached hereto as Exhibit I is a true and correct copy of a certificate of accuracy by William Kim, account manager at aLanguageBank regarding the above-mentioned transcriptions.

Dated: Brooklyn, New York
April 29, 2025

          JOHN J. DURHAM
          United States Attorney
          Eastern District of New York
          *Counsel for Respondents*
          271 Cadman Plaza East, 7th Floor
          Brooklyn, New York 11201

By:   *s/ Philip R. DePaul*
      Philip R. DePaul
      Assistant United States Attorney
      (718) 254-7503
      philip.depaul@usdoj.gov

TO: Gloria Browning Vaamondes Barrios, Plaintiff *pro se* (by FedEx and email)