**Exhibit A**

Case #: CV-25-1759

Recording Time: N/A

Recording Date: May 29th, 2025

Participants: Judge Richard Bailey, Miguel Barrios, Spanish Interpreter

Type: Immigration Interview

Method: Virtual

```
1
2   BAILEY:    This is a removal hearing in the matter of Miguel
3   Gregorio Vamondez Barrios, 240176787. The respondent is present pro
4   se. Good afternoon, sir. Can you hear the interpreter clearly?
5
6   INTERPRETER:   Yes.
7
8   BAILEY:    What is your best language?
9
10  INTERPRETER:   Spanish.
11
12  BAILEY:    Can you please raise your right hand? Do you swear or
13  affirm that the testimony you provide in these proceedings will be
14  the truth, the whole truth, and nothing but the truth?
15
16  INTERPRETER: Yes, Correct.
17
18  BAILEY:    Thank you, you may lower you hand. Today's your first
19  hearing at immigration court, so the court is going to provide you
20  information about you rights and responsibilities in these
21  proceedings. You are here because the government has filed a
22  document called the notice to appear charging you as removable from
23  the United States. The purpose of these proceedings is to determine
```

if you are removable as charged and eligible for any forms of
relief from removal. If you file any applications for relief for
removal or an immigration benefit, your case will proceed to a
final hearing on the merits of that application. You have the right
to present evidence, witnesses, and testimony on your own behalf,
as well as to examine and object to any evidence or witnesses
submitted by the government. If the court determines you are not
eligible for the relief you apply for, the court will enter an
order of removal directing that you be returned to your country of
citizenship. An appeal is a request that a higher court review this
court's decision for any errors of fact or law. You must appear at
all hearings in immigration court. If you fail to appear at a
hearing as directed, you may be ordered removed in your absence.
You must also comply with all deadlines set by the court, including
deadlines for filing evidence and applications. If you fail to
comply with a deadline set by the court, the court may determine
you are giving up your right to apply for relief. If at any point
during these proceedings you are released from immigration custody,
you must notify the court of your new address within five days. You
have the right to be represented by an attorney or a qualified
representative at your own expense. Do you have any questions for
the court?

INTERPRETER: Your Honor, today I don't have an attorney, but if you are willing to adjourn my case to another date, I will gladly look for an attorney.

BAILEY: We can do that, sir. [SC]. We can do that. Your next hearing will be July 3rd at 1:00 in the afternoon. Any other questions?

```
55  INTERPRETER:   What the court said at the beginning, I couldn't
56  understand well. That I have an order of what?
57
58  BAILEY:   You're in removal proceedings because the government
59  filed a notice to appear. And if the court finds you are not
60  eligible for any forms of relief from removal that would allow you
61  to stay int eh United States, then the court at that point would
62  enter an order of removal. As of now, you have not been ordered to
63  remove.
64
65  INTERPRETER:   I have a question.
66
67  BAILEY:   Okay
68
69  INTERPRETER:   I'm married to a US – I'm married to a US citizen. I
70  also have a child who was born three weeks ago – three weeks ago on
71  May 6th, and I'm the head of the house – I'm the head of the
72  household. I'm the main bread winner. Regardless of this, um, I
73  will still be ordered removed?
74
75  BAILEY:   Uh, sir, depends on whether you're eligible for any forms
76  of relief. But we're not going to have a detailed conversation
77  about that today because you've asked for time to find an attorney.
78  And they would be able to give you more information about any forms
79  of relief you may be able to apply for. At your next hearing, if
80  you don't have an attorney, then you should be prepared to
81  represent yourself. And we will go through the notice to appear and
82  then talk about whether you are eligible for any forms of relief
83  from removal.
84
85  INTERPRETER:   Okay.
```

86
87 BAILEY:   All right, so that – that, um, that's it for the removal
88 hearing. We are also scheduled for a bond hearing. We'll switch
89 over to that now, and we'll talk about that.
90
91
92
93                          Dated this 28<u>th</u> day of April 20<u>25</u>.
94
95                          /S/ aLanguageBank
96                          _____
97
98
99
100
101
102
103
104
105
106