**Exhibit B**

# EASTERN DISTRICT OF NEW YORK
U.S. Attorney's Office

## TRANSCRIPT

Case #: CV-25-1759

Recording Time: N/A

Recording Date: May 29th, 2025

Participants: Judge Richard Bailey, Matthew Doll, Miguel Barrios, Spanish Interpreter

Type: Immigration Interview

Method: Virtual

1
2  BAILEY: Today is May 29th, 2024. This is Immigration Judge Richard
3  Bailey at the Elizabeth Immigration Court. Counsel for the
4  Department, your appearance please.
5
6  DOLL: Good afternoon, Your Honor. Matthew Doll for the
7  Department.
8
9  BAILEY: Good afternoon. To all parties present, the use of
10 recording devices is prohibited during these proceedings. Unless
11 otherwise noted, all respondents are appearing virtually from the
12 Moshannon Valley Processing Center. We are joined today with a
13 Spanish interpreter. Madame Interpreter, please raise your right
14 hand. Do you swear or affirm you are competent to interpret between
15 Spanish and English and you will do so accurately and completely?
16
17 INTERPRETER: I do, Your Honor.
18
19 BAILEY: Thank you. You may lower your hand.
20
21     [END OF PART 1 OF THE RECORDING]
22
23     [START OF PART 2 OF THE RECORDING]

24

25  BAILEY:   This is a custody – this is a custody of redetermination
26  hearing, the matter of Miguel Gregorio Vamondez Barrios, 240176787.
27  Respondent is present pro se. Sir, when you were detained by
28  immigration, you asked to have an immigration court review their
29  decision to detain you.
30

31  BAILEY:   And for that reason, you are scheduled for a bond hearing
32  today.
33

34  BAILEY:   A bond hearing is separate from a removal proceeding.
35

36  BAILEY:   To be eligible for bond, you must prove that you are not
37  a danger to the community or a risk of flight.
38

39  BAILEY:   You would have to submit document – you would have to
40  submit documents relating to any criminal arrest, including police
41  reports, complaints, and certificates of judgment or conviction.
42

43  BAILEY:   And you would have to submit documents showing that you
44  community and family ties, a stable address in the United States,
45  and that you will be applying for relief from removal.
46

47  BAILEY:   You have only one opportunity to request release on bond.
48

49  BAILEY:   If you do not submit any evidence, the court will find
50  that you have not met your burden to establish eligibility for
51  release.
52

53  BAILEY:   And you would not be able to request another bond
54  hearing.

56  BAILEY:   Do you have any questions?

58  INTERPRETER:   What proof do I need to bring, Your Honor, for the
59  bond?

61  BAILEY:   As I was just explaining, you would have to submit a
62  police report, criminal complaint, and certificate of judgment or
63  conviction from any arrest that you've had.

65  BAILEY:   As well as proof that you have family and community ties
66  in the United States, a stable address, and that you would be
67  seeking relief in immigration court.

69  BAILEY:   Once you have all that evidence compiled, you will need
70  to write a cover letter with your name and a number on the top and
71  the words "Request for bond hearing."

73  BAILEY:   Everything you submit to the court must be in English.

75  INTERPRETER:   I have to send – send the documents directly, or my
76  family outside could do it.

78  BAILEY:   You have to send them directly.

80  INTERPRETER: Okay. Do I have to file all of this before the next
81  hearing?

83  BAILEY:   Because you are scheduled for a bond hearing today but
84  there is no evidence, my recommendation is that you withdraw it
85  today.

86
87  BAILEY:   So that you can then file another request for bond.
88
89  BAILEY:   Once you have all the evidence.
90
91  BAILEY:   At that – so once you have all the evidence filed, you
92  can submit that whenever it's ready.
93
94  INTERPRETER:   The bond hearing?
95
96  BAILEY:   Correct. Okay.
97
98  INTERPRETER:   Yes, thank you.
99
100 BAILEY:   We are withdrawing today.
101
102 INTERPRETER: Can I ask a last question? Sorry.
103
104 BAILEY:   Yes.
105
106 INTERPRETER:   Once I have the bond hearing, what will be the
107 amount of bond due – that I have to pay?
108
109 BAILEY:   It depends on the evidence that you submit and how strong
110 your family community ties in the United States are.
111
112 INTERPRETER:   The only family ties that I have in the country is
113 my wife and my newborn child, who is three weeks old, and obviously
114 I have not seen her. I have been in here locked up, and I would
115 like to remain here in the country because I would like to stay

```
116  with her. She's my firstborn, my only child. And I want to be with
117  her.
118
119  BAILEY:    Okay. So that's all for today. We are concluded.
120
121
122                        Dated this 28th day of April 2025.
123
124                        /S/ aLanguageBank
125                        _____
126
127
128
129
130
131
132
133
134
135
```