# Exhibit C

# EASTERN DISTRICT OF NEW YORK
## U.S. Attorney's Office

## TRANSCRIPT

Case #: CV-25-1759

Recording Time: N/A

Recording Date: July 23rd, 2024

Participants: Judge Richard Bailey, Joanne Sanderson, Miguel Barrios, Samantha Hing Spanish Interpreter

Type: Immigration Interview

Method: Virtual

```
 1
 2   BAILEY:    Today is July 3rd, 2024. This is Immigration Judge Richard
 3   Bailey at the Elizabeth Immigration Court. Counsel for the
 4   Department, your appearance please
 5
 6   SANDERSON:    Joanne Sanderson for the Department.
 7
 8   BAILEY:    Good afternoon. Good afternoon to all parties present.
 9   The use of recording devices is prohibited during these
10   proceedings. Unless otherwise noted, all respondents are appearing
11   virtually from the Moshannon Valley Processing Center. We are
12   joined by a Spanish interpreter this afternoon. Mr. Interpreter,
13   please raise your right hand. Do you swear or affirm you are
14   competent to interpret between Spanish and English and do so
15   accurately and completely?
16
17   INTERPRETER:    Yes, I do.
18
19       [END OF PART 1 OF THE RECORDING]
20
21       [START OF PART 2 OF THE RECORDING]
22
```

```
23   BAILEY:   This is a removal hearing in the matter of Miguel
24   Gregorio Vamondez Barrios, 240176787. The respondent is present and
25   represented by counsel appearing by Webex. Counsel, your appearance
26   please.
27
28   HING:     Good afternoon, Your Honor, Samantha Hing. for the Broncs
29   defenders, counsel for Mr. Vamondez Barrios
30
31   BAILEY:   Good afternoon. And good afternoon to the respondent
32   through the interpreter. So what is your full name?
33
34   INTERPRETER:   Miguel Gregorio Vamondez Barrios.
35
36   BAILEY:   Attorney Hing, do you waive the interpretation of this
37   hearing?
38
39   HING:     Yes, Your Honor.
40
41   BAILEY:   This is the respondent's first appearance with counsel.
42   At the last hearing, the court advised him of his rights in these
43   proceedings and adjourned for him to find an attorney. Are you
44   prepared for pleadings today?
45
46   HING:     Yes, Your Honor, we're ready to go forward with pleadings
47
48   BAILEY:   The court will mark as Exhibit 1 the notice to appear
49   filed by the Department of Homeland Security on May 16th, 2024.
50   Exhibit 2 is evidence filed by the Department on June 6th, 2024,
51   including Tabs A through E. Does the respondent concede proper
52   service of the notice to appear?
53
```

54  HING:    Yes, Your Honor, I concede to proper notice – proper
55  service to the notice to appear.

57  BAILEY:  Thank you. How does the respondent plead to the factual
58  allegations on the charge?

60  HING:    Um, so we deny the factual allegations 1 though 4 and
61  deny the charge of removability.

63  BAILEY:  Are you intending to file a motion, or are you just
64  holding the Department to their burden?

66  HING:    Um, I'm holding the Department to their burden, and I
67  would like to make some oral arguments on the record.

69  BAILEY:  Arguments, is this about the 213, or what's the basis for
70  the –

72  HING:    Yes, so the basis would be both the I-213 and the, um,
73  alleged Venezuelan ID that was submitted in DHS's, um, evidence
74  packet.

76  BAILEY:  Okay. If it's – if it's a legal argument, that's going to
77  have to be submitted in writing because I'm not going to be able to
78  address it based on oral arguments. So if – if, uh, if you're going
79  to be making a legal argument, we'll set this over to another
80  master to give you – and we'll do a briefing schedule on that. For
81  the next master, how is August 5th, 2024 at 8:30?

83  HING:    Yes, that time works, Your Honor.
84

```
 85   BAILEY:     And then for a, uh, motion and brief, the call up date,
 86   how – how is July 17th?
 87
 88   HING:       Um, sorry, see if I'm working. I'm checking my calendar.
 89   Um, I request just a bit more time, preferably maybe even the 19th.
 90
 91   BAILEY:     I'm sure we can do the 19th. So respondent's motion and
 92   brief due the 19th. We'll give the Department the 10 days. Let's do
 93   July 30th for the Department's response. Anything further at this
 94   time, Counsel?
 95
 96   HING:       Nothing further, Your Honor. Thank you.
 97
 98   BAILEY:     Anything else from the Department?
 99
100   SANDERSON:     No.
101
102   BAILEY:     To the respondent, your next hearing is August 5th, 2024
103   at 8:30 in the morning. Please be in touch with your attorney
104   regarding next steps.
105
106
107
108
109
110                      Dated this 28th day of April 2025.
111
112                      /S/ aLanguageBank
113                      _____
114
115
```