# Exhibit D

# EASTERN DISTRICT OF NEW YORK
## U.S. Attorney's Office

## TRANSCRIPT

| | |
|---|---|
| Case #: CV-25-1759 | Participants: Judge Richard Bailey, Keith [UI], Miguel Barrios, Samantha Hing, Spanish Interpreter |
| Recording Time: N/A | |
| Recording Date: August 5th, 2024 | Type: Immigration Interview |
| | Method: Virtual |

1
2  BAILEY: Today is August 5th, 2024. This is Immigration Judge
3  Richard Bailey at the Elizabeth Immigration Court. Counsel for the
4  Department, your appearance please.
5
6  KEITH: Keith [UI] for the government.
7
8  BAILEY: Good morning. Good morning to all parties present. The
9  use of recording devices is prohibited during these proceedings.
10 All respondents are appearing virtually from the Moshannon Valley
11 Processing Center unless otherwise noted. We are joined today with
12 a Spanish interpreter today. Mr. Interpreter, please raise your
13 right hand. Do you swear or affirm you are competent to interpret
14 between Spanish and English and you will do so accurately and
15 completely?
16
17 INTERPRETER: I do. Good morning, Your Honor.
18
19 BAILEY: Thank you. Good morning.
20
21     [END OF PART 1 OF THE RECORDING]
22

23      [START OF PART 2 OF THE RECORDING]
24
25  BAILEY:   This is a removal hearing in the matter of Miguel
26  Gregorio Vamondez Barrios 240176787. The respondent is present and
27  represented by counsel appearing by Webex. Counsel, your appearance
28  please.
29
30  HING:     Samantha Hing, the Broncs defenders, counsel for
31  respondent.
32
33  BAILEY:   Good morning. Good morning to the respondent. Sir, what
34  is your full name.
35
36  BARRIOS:  Miguel Gregorio Vamondez Barrios.
37
38  BAILEY:   Thank you. Attorney Hing, do you waive interpretation of
39  this hearing?
40
41  HING:     Yes, Your Honor.
42
43  BAILEY:   Respondent filed a motion to terminate, and the court,
44  uh, issued an order on July 19th denying the motion to terminate. Is
45  the respondent, um – also in the order the court had found that the
46  Department of Homeland Security established the four factual
47  allegations in the notice to appear and sustained the charge under
48  212(a)(6)(A)(1). Is the respondent seeking relief from removal?
49
50  HING:     Yes, Your Honor.
51
52  BAILEY:   And what is the relief?
53

HING: Your Honor, we plan on filing a 589, and Your Honor, we understand that these applications of relief are not for the court. Mr. Vamondez's lawyers believed that he had already applied for TPS, and we're still waiting a [UI] result to determine if an application has already been filed. But if not, we – if he's eligible for TPS, and we'll file that application as soon as possible. And then finally, Mr. Vamondez Barrios does have a US citizen wife, and we are in conversations with her and in the process of filing an I-130 petition.

BAILEY: Okay, Thank you. So, and he's charged, um, as being present without being admitted a parole. The court sustained that. So, if he filed the I-130, that would just be collateral relief, essentially, or to allow him [UI] process if needed?

HING: We're also just, uh, looking into whether the new parole release [UI] program would be applicable for that as well. But yes, Your Honor, it would be a collateral.

BAILEY: Okay. Okay. So, we'll set this out to another master hearing to give him some time to, uh, to file relief with this court as well as to, uh, hear back from USCIS. Attorney [UI], does the Department have any information about whether he's already filed for TPS?

KEITH: I didn't see it when I was preparing the case, Your Honor. Um, I can look, and if he did have one, I can – and I have the application, I can forward it.

BAILEY: Okay. I don't see it in the 213, but – but just to help speed things along on that front because if they're going to be

filing it from scratch, they might as well get started as soon as possible on that. so we'll put this on for another master. How is August 26th at 8:30?

HING: That works perfectly fine, Your Honor. Oh, yeah, I'm so sorry, so sorry, so sorry. Actually, I'm going to be out for the – for that week. Can we do the week before?

BAILEY: The week before? Yeah, let me just check what that would be. I think that would be August 21st at 8:30?

HING: Yes, yes, 8:30, yes.

BAILEY: Can you have the 589 filed by then?

HING: Yes, we can get the 589 filed by then.

BAILEY: All right, in that case, we will adjourn it here. To the respondent, your next hearing is August 21st at 8:30 in the morning. Please be in touch with your attorney.

INTERPRETER: Okay.

Dated this 28th day of April 2025.

/S/ aLanguageBank