# Exhibit E

# EASTERN DISTRICT OF NEW YORK
## U.S. Attorney's Office

## TRANSCRIPT

| | |
|---|---|
| Case #: CV-25-1759 | Participants: Judge Richard Bailey, Karissa Rodriguez, Miguel Barrios, Samantha Hing, Spanish Interpreter |
| Recording Time: N/A | |
| Recording Date: August 21st, 2024 | Type: Witness Interview |
| | Method: Virtual |

1
2  BAILEY:    Today is August 21st, 2024. This is Immigration judge
3  Richard Bailey at the Elizabeth Immigration Court. Counsel for the
4  Department, your appearance please.
5
6  RODRIGUEZ:    Good morning, Karissa Rodriguez for the government.
7
8  BAILEY:    Good morning. To all parties present, the use of
9  recording devices is prohibited during these proceedings. Unless
10 otherwise noted, all respondents are appearing virtually from the
11 Moshannon Valley processing Center. We are joined by a Spanish
12 interpreter this morning. Mr. Interpreter, please raise your right
13 hand. Do you swear or affirm you are competent to interpret between
14 Spanish and English and you will do so accurately and completely?
15
16 INTERPRETER:    I do.
17
18 BAILEY:    Thank you. You may lower your hand.
19
20      [END OF PART 1 OF THE RECORDING]
21
22      [START OF PART 2 OF THE RECORDING]

23

24 BAILEY: This is a removal hearing in the matter of Miguel
25 Gregorio Vamondez Barrios 240176787. The respondent is present and
26 represented by counsel appearing by Webex. Counsel, your appearance
27 please.
28

29 HING: Good morning, Your Honor, Smantha Hing from the Broncs
30 defender's counsel for respondent.
31

32 BAILEY: Good morning. Good morning to the respondent. Sir, what
33 is your full name.
34

35 BARRIOS: Miguel Gregorio Vamondez Barrios.
36

37 BAILEY: Attorney Hane, do you waive interpretation of this
38 hearing?
39

40 HING: Yes, Your Honor.
41

42 BAILEY: The respondent filed a 589 on August 20th. That's now part
43 of the record. We were also waiting on – I think you were waiting
44 on [UI] results regarding potential TPS application.
45

46 HING: Yes, Your Honor.
47

48 BAILEY: Any updates there?
49

50 HING: Yes, an update. We received the [UI]. There has been no
51 TPS application filed, so we are working to file that very shortly,
52 um, hopefully by the end of this week, actually, so.
53

54  BAILEY:   Okay. All right, shall – should we put this on for an
55  individual hearing?
56
57  HING:     Yes, Your Honor. I just wanted to request to see if I
58  could get a January date, um, for the individual hearing.
59
60  BAILEY:   January?
61
62  HING:     Yes.
63
64  BAILEY:   My calendar currently goes out to December. I mean,
65  that's a – that's a really long time. What – what do you think, uh
66  – what's the reason that you're requesting such a long adjournment?
67
68  HING:     Uh, so we're hoping to resolve some of his criminal cases
69  from moving for bond.
70
71  BAILEY:   Mm-hmm. We'll do it. I mean, my calendar currently goes
72  out to December 20th, so it's not such a stretch to – to put it out
73  a couple extra weeks. Let's do early January. Let me find a date.
74
75  HING:     Thank you, Your Honor.
76
77  BAILEY:   How about January 6th at – no, pardon me, 7th at 8:30?
78
79  HING:     That should work fine, Your Honor.
80
81  BAILEY:   January 7th at 8:30 in the morning. [UI] call up date.
82  Call up is actually December 24th. Anything else you wanted to
83  address today?
84

HING: Uh, no, Your Honor. Thank you.

BAILEY: I may have said – I don't know if I said the year, but I don't think I'm prepared mentally to say the year 2025 yet. But just to clarify, January 7th, 2025 at 8:30 for the individual.

HING: Yes, January 7th, which is a Monday.

BAILEY: Tuesday.

HING: Right. Oops, sorry. Tuesday, sorry about that. Tuesday, yes.

BAILEY: Anything else from the government at this time?

RODRIGUEZ: No, Your Honor.

BAILEY: To the respondent, we are setting your case for a final hearing on your application for relief on January 7th, 2025 at 8:30 in the morning.

INTERPRETER: Okay.

BAILEY: We are adjourned.

Dated this 28th day of April 2025.

/S/ aLanguageBank