# Exhibit F

**EASTERN DISTRICT OF NEW YORK**
U.S. Attorney's Office

**TRANSCRIPT**

Case #: CV-25-1759

Recording Time: N/A

Recording Date: October 23rd, 2024

Participants: Matthew Doll, Judge Richard Bailey, Samantha Hing

Type: Immigration Interview

Method: Remote

1
2  BAILEY:   Today is October 23rd, 2024. This is Immigration judge
3  Richard Bailey at the Elizabeth Immigration Court. Counsel for the
4  Department, your appearance, please.
5
6  DOLL:     Good morning, Your Honor, Matthew Doll for the Department
7
8  BAILEY:   Good morning. To all parties Present, the use of
9  recording devices is prohibited during these proceedings. Unless
10 otherwise noted, all respondents are appearing virtually from the
11 Moshannon Valley Processing Center.
12
13     [END OF PART 1 OF THE RECORDING]
14
15     [END OF PART 2 OF THE RECORDING]
16
17 BAILEY:   This is a removal hearing in the matter of – or this –
18 pardon me. This is a custody redetermination hearing in the matter
19 of Miguel Gregorio Vamondez Barrios, 240176787. Counsel, uh, for
20 the respondent, your appearance please.
21
22 HING:     Your Honor, Samantha Hing, counsel for the respondent.
23

```
24  BAILEY:   Good morning. So, uh, we've just been informed by the
25            facility that the respondent isn't currently at Moshannon. Do you
26            know where he is?
27
28  HING:     Yes, I did want to inform— [SC]
29
30  BAILEY:   Go ahead counsel.
31
32  HING:     Yes, I did want to inform the court that Mr. Vamondez
33            Barrios is actually in – temporarily in DOCs custody to resolve,
34            um, and not in ICE custody, to resolve an open criminal matter in
35            the Broncs.
36
37  BAILEY:   Okay. Do you want to withdraw the bond request today and
38            then refile when he's back in custody?
39
40  HING:     Yeah, we'll – yeah, exactly. We'll refile when he's
41            returned to ICE custody
42
43  BAILEY:   Okay. In that case, the court notes that it is withdrawn.
44            Anything else you wanted to address?
45
46  HING:     No, Your Honor. Thank you.
47
48  BAILEY:   All right, in that case, we are – we are adjourned, code
49            8(B).
50
51                              Dated this 28th day of April 2025.
52
53                              /S/ aLanguageBank
54                              _____
```