# Exhibit H

| | |
|---|---|
| Case #: CV-25-1579 | Participants: Judge Richard Bailey, Karen Comery, Miguel Barrios, Michael Leonetti, Spanish Interpreter |
| Recording Time: N/A | |
| Recording Date: December 2nd, 2024 | Type: Immigration Interview |
| | Method: Virtual |

```
1
2   BAILEY:    Today is December 2nd, 2024. This is Immigration Judge
3   Richard Bailey at the Elizabeth Immigration Court. Counsel for the
4   Department, your appearance please.
5
6   COMERY:    Good morning, Judge.  Karen Comery for DHS.
7
8   BAILEY:    Good morning. To all parties present, the use of
9   recording devices is prohibited during these proceedings. Unless
10  otherwise noted, all respondents are appearing virtually from the
11  Moshannon Valley Processing Center.
12
13      [END OF PART 1 OF THE RECORDING]
14
15      [START OF PART 2 OF THE RECORDING]
16
17  BAILEY:    We are joined by a Spanish interpreter. Madame
18  Interpreter, please raise your right hand. Do you swear or affirm
19  you are competent to interpret between Spanish and English and you
20  will do so accurately and completely?
21
22  INTERPRETER:    Absolutely, yes.
```

23

24 BAILEY:    Thank you. You may lower your hand.

25

26     [END OF PART 2 OF THE RECORDING]

27

28     [START OF PART 3 OF THE RECORDING]

29

30 BAILEY:   This is a removal hearing in the matter of Miguel
31 Gregorio Vamondez Barrios 240176787. Respondent is present and
32 represented by counsel appearing by Webex. Counsel, your appearance
33 please.

34

35 LEONETTI: Good morning, Your Honor. Michael Leonetti from the
36 Broncs defenders for Mr. Vamondez.

37

38 BAILEY:   Good morning. And good morning to the respondent. Sir,
39 what is your full name through the Spanish interpreter?

40

41 INTERPRETER:   Miguel Vamondez Barrios.

42

43 BAILEY:   Attorney Leonetti, do you waive interpretation of
44 procedural matters?

45

46 LEONETTI: Yes, I do.

47

48 BAILEY:   Okay. Respondent had filed a motion to advance for an
49 earlier date to take a removal order. He also submitted a motion
50 for stipulated removal. I – looking at the motion itself, I didn't
51 see a statement or a signature from the respondent himself. So
52 that's why I didn't grant this on the papers, and we kept the

53 hearing for today. But is it still the respondent's intention to
54 withdraw his 589 and, uh, seek a removal order?
55
56 LEONETTI: Yes, Your Honor.
57
58 BAILEY: Is he also withdrawing the motion to terminate that was
59 filed on November 20th?
60
61 LEONETTI: Yes, that's correct.
62
63 BAILEY: Anything you wanted to address before the court just, uh,
64 asks him a few questions?
65
66 LEONETTI: No, Thank you, Your Honor.
67
68 BAILEY: To the respondent, your attorney has informed the court
69 that you wish to withdraw your 589 and ask for a removal order to
70 Venezuela.
71
72 INTERPRETER: Yes.
73
74 BAILEY: You understand that if the court orders you removed and
75 you are removed from the United States, you may be inadmissible for
76 a period of 10 years, if not longer, depending on any criminal
77 contacts you may have had?
78
79 INTERPRETER: Okay.
80
81 BAILEY: If you attempt to re-enter the United States without
82 authorization, you may be subject to criminal penalties.
83

FOR OFFICIAL USE ONLY

84   INTERPRETER:   The interpreter heard yeah.

85

86   BAILEY:   Sir, is that a yes or a no?

87

88   INTERPRETER:   Yes.

89

90   BAILEY:   And the court will enter an order of removal directing
91   that you be returned to Venezuela. Do you accept that as a final
92   decision?

93

94   INTERPRETER:   Yes.

95

96   BAILEY:   Attorney Leonetti, anything else you wanted to address
97   before the court finalizes the order?

98

99   LEONETTI: No, Your Honor.

100

101  BAILEY:   Attorney Comery, anything else from the government?

102

103  COMERY:   No, Your Honor.

104

105  BAILEY:   To the respondent, the court is entering the order of
106  removal. You will receive instructions from the deportation officer
107  regarding when you will be deported. If you take any action to
108  obstruct or delay your departure according to those instructions,
109  you may be subject to a fine or civil monetary penalties.

110

111  INTERPRETER:   Okay.

112

113  BAILEY:   Attorney Leonetti, final for the respondent?

114

```
115    LEONETTI: Yes, Your Honor.
116
117    BAILEY:   Attorney Comery, final for the government?
118
119    COMERY:   Yes, Your Honor.
120
121    BAILEY:   Thank you. In that case, we are concluded. Code 8 (B).
122
123
124                        Dated this 28th day of April 2025.
125
126                        /S/ aLanguageBank
127                        _____
128
129
130
131
132
133
134
135
136
137
```