# Exhibit I



aLanguageBank
Transcription Services

EIN#: 134101052

State of: New York
County of: New York

# CERTIFICATE OF ACCURACY

IT IS HEREBY CERTIFIED, that aLanguageBank, a corporation organized and existing under the laws of the State of New York, is professionally engaged in the rendering of foreign/domestic language transcription and cultural consulting services; that it has transribed/reviewed the following audio file(s):

**Initial Master 5.29.24**
**Custody 5.29.24 (parts 1-2)**
**Master 7.3.24 (parts 1-2)**
**Master 8.5.24 (parts 1-2)**
**Master 8.21.24 (parts 1-2)**
**Custody 10.23.24 (parts 1-2)**
**Custody 11.13.24 (parts 1-2)**
**Master 12.2.24 (parts 1-3)**

From the **English** language into the **English** language and that said transcription is a true and correct rendering of the audio to the best of our knowledge and belief.

Signed by: _____*William Kim*_____ Date 4/28/25
               Will Kim
               Account Manager
               aLanguageBank