UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MIGUEL VAAMONDES BARRIOS, GLORIA BROWNING VAAMONDES BARRIOS,<br><br>Plaintiff,<br><br>U.S. DEPARTMENT OF HOMELAND SECURITY, KRISTI NOEM, Secretary, U.S. Department of Homeland Security, in her official capacity,<br><br>Defendant. | Civil Action No. 25-cv-1759<br><br>(Vitaliano, J.) |

**NOTICE OF VOLUNTARY DISMISSAL**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Petitioner Gloria Browning Barrios, as next of friend of Miguel Vaamondes Barrios, by and through her undersigned counsel, hereby gives notice that the above-captioned action against Respondent U.S. Department of Homeland Security and Kristi Noem, in her official capacity as Secretary of the U.S. Department of Homeland Security, is voluntarily dismissed without prejudice.

Dated: May 14, 2025

NEW YORK CIVIL LIBERTIES UNION
   FOUNDATION

By: */s/ Molly K. Biklen*
Molly K. Biklen
Elizabeth Gyori
Amy Belsher
Robert Hodgson
125 Broad Street, 19th Floor
New York, NY 10004
(212) 607-3300
mbiklen@nyclu.org

*Counsel for Plaintiff*